## DAVID RANKIN *against* JEREMIAH MURRY.

### IN ERROR.

On an appeal from a justice of the peace, and a verdict and judgment rendered for the plaintiff for a sum less than one hundred dollars, the judgment will not be reversed, although the damages laid in the declaration be two hundred dollars.

If a plaintiff obtains a verdict for a less sum than the award of arbitrators from which the defendant appealed, he is not entitled to recover the costs which accrued subsequently to the appeal.

ERROR to *Allegheny* county.

*Jeremiah Murry* instituted this suit before a justice of the peace, and obtained a judgment against the defendant, *David Rankin,* for $97, from which the defendant appealed; a *narr* in *assumpsit* was filed, and the damages laid at $200. The cause was referred under the compulsory arbitration law, and an award made in favour of the plaintiff for $100·91; from which the defendant again appealed, and paid the costs. The cause was afterwards tried by a jury, and a verdict and judgment were given for the plaintiff for $38 07, upon which he issued a *Fi Fa* for the amount of the judgment and full costs: to reverse which the defendant sued out this writ, and assigned the following errors.

1. The damages laid in the declaration shews the want of jurisdiction in a justice, before whom the cause originated.

2. The plaintiff is not entitled to recover costs, the verdict being for a less sum than the award of the arbitrators.

*Fetterman* for plaintiff in error.

*Burke* for defendant in error.

Judgment reversed as to the costs which accrued subsequently to the appeal from the award of arbitrators; affirmed as to the residue.